UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No.:   8:16-CR-153-T-36-AEP |
| ANIBAL ANGULO ANGULO | : | |

### DEFENDANT ANIBAL ANGULO ANGULO'S SENTENCING MEMORANDUM

COMES NOW, the undersigned counsel, on behalf of the Defendant, ANIBAL ANGULO ANGULO, and files this his sentencing memorandum and in support states as follows:

I.   SENTENCING POSITION

At sentencing in the above styled case the issue before this Honorable Court is whether the Defendant should receive a prison sentence within the advisory federal guideline range of 135 months to 168 months.

Given the totality of the circumstances of the above styled case, and the totality of the circumstances of this Defendant's life, the Defendant respectfully submits that a sentence of 120 months in custody of the Bureau of Prisons followed by a term of supervised release is a reasonable but not greater than necessary sentence.[1]

II.   PRESENTENCE INVESTIGATION REPORT

The Defendant has no objections to the factual accuracy of the presentence investigation report. The Defendant has no objections to the legal accuracy of the

---

[1] Assuming there is no downward departure pursuant to Section 5k1.1 of the United States Sentencing Guidelines, the minimum mandatory penalty in this case is 120 months.

presentence investigation report. Undersigned counsel is fully aware this Honorable Court read the presentence investigation report prior to sentencing and will not regurgitate the information contained within it in this sentencing memorandum.

III.   APPICLABLE LAW REGARDING THE FEDERAL SENTENCING GUIDELINES

Undersigned counsel is fully aware this Honorable Court understands the law regarding the discretion it has at federal sentencing based upon the advisory nature of the federal sentencing guidelines pursuant to *United States v. Booker*, 543 U.S. 220, 245-67 (2005), *Gall v. United States*, 552 U.S. 38, 53 (2007) and Title 18 United States Code Section 3553(a).

IV.   LEGAL ANALYSIS

The Defendant requests a downward variance to 120 months based upon his history and characteristics. The Defendant is in a long-term relationship with one child and has three other children from different unions. There is little doubt that being poor in Colombia is different than being poor in the United States of America. People like the Defendant are simply swallowed up by the machines that are the cartels, used and spit out like waste. The Defendant knew once he made the decision to board this vessel he would either die, be arrested or make it and be able to provide what little he was to be paid to his family. If this Honorable Court sentences the Defendant to 120 months, just to the north of the 11 plus years he is facing under the advisory sentencing guidelines, it will have zero effect on deterrence. It will simply show compassion.

**CONCLUSION**

WHEREFORE, the Defendant, ANIBAL ANGULO ANGULO, by and through the undersigned counsel respectfully requests this Honorable Court grant the stated relief and/or any other relief this Honorable Court deems appropriate.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
Bayshore Center
511 West Bay Street
Third Floor - Suite 330
Tampa, Florida 33606
Direct:		(813) 228-6989
Email: mjo@markjobrien.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY on August 23, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

                                                             By: /s/ Mark J. O'Brien